IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lydia Garcia,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Banner Health,<br><br>　　　　　Defendant. | No. CV-17-00652-PHX-SPL<br><br>**ORDER** |

　　　　Pursuant to the parties' stipulation,

　　　　**IT IS ORDERED:**

　　　　1.　　That the Stipulation for Dismissal (Doc. 40) is **granted**;

　　　　2.　　That this action is **dismissed with prejudice** in its entirety;

　　　　3.　　That each party shall bear its own costs and attorneys' fees; and

　　　　4.　　That the Clerk of Court shall terminate this action.

　　　　Dated this 23rd day of October, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Steven P. Logan_
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28